THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY QUINN, Appellant.— Motion to enlarge time granted upon condition that appellant perfect the appeal for the January, 1930, term (People v. Kautzmann. 219 App. Div.

461), and case ordered on the calendar for Monday, January, 13, 1930. Young, Kapper and Carswell, JJ., concur; Lazansky, P. J., and Rich, J., dissent.